# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILDA LAPID, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:18-CV-06733-DSF(AFMX)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: HON. ALEXANDER F. MACKINNON<br><br>FPTC:    None<br>Trial:    February 4, 2020 |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

Dated: September 6, 2019

                                                                       Hon. Dale S. Fischer
                                                                       United States District Judge